

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00801-CR

Casey L. **MULLER**,
Appellant-s

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7483
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's brief was due on March 24, 2016. *See* TEX. R. APP. P. 38.6(a). We granted in part Appellant's first motion for an extension of time to file the brief, and we set the brief due on May 2, 2016. On May 10, 2016, Appellant filed a second motion for a sixty-day extension of time to file the brief for a total extension of ninety days.

Appellant's motion is GRANTED IN PART. Appellant must file the brief or a motion to dismiss not later than June 1, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief or motion to dismiss as ordered, we may abate this appeal and remand the cause to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

Keith E. Hottle
Clerk of Court